# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JON BRADLEY BARTZ, | Case No. 19-CV-1577 (NEB/BRT) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |

The Court has received the October 26, 2020 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 30.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 30) is ACCEPTED; and
2. Defendant's Motion to Dismiss (ECF No. 23) is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 7, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge